# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED SMITH, | Case No.  1:25-cv-00038-KES-SAB |
| Plaintiffs, | ORDER RE STIPULATION FOR LEAVE TO FILE FIRST AMENDED/SUPPLEMENTAL COMPLAINT; EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| v. | |
| STANDARD INSURANCE COMPANY, | |
| Defendants. | (ECF No. 13) |
| | **JUNE 2, 2025 DEADLINE** |

On May 28, 2025, the parties filed a stipulation requesting leave to file a first amended/supplemental complaint.  (ECF No. 13.)  Upon review of the stipulation, and the attached amended complaint, the Court finds good cause exists to grant leave to file the first amended/supplemental complaint.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff shall file the first amended/supplemental complaint **no later than June 2, 2025**;[1] and

2.    Defendant shall file its responsive pleading **within thirty (30) days** after the First Amended/Supplemental Complaint is filed.

IT IS SO ORDERED.

Dated:    **May 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge

[1] Because the deadline to file an amended pleading falls on Saturday, May 31, 2025 (ECF No. 12), Plaintiff shall file his amended complaint no later than June 2, 2025. Fed. R Civ. P. 6(a)(1)(C).

1