# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 1:25-cv-00038-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 17)<br><br>**DECEMBER 12, 2025 DEADLINE** |

On October 28, 2025, Plaintiff filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed within forty-five days. (ECF No. 17.) Accordingly, pursuant to the notice, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. Plaintiff shall file dispositional documents **no later than December 12, 2025**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:  **October 29, 2025**　　　　　　　　　　　／s／ Stanley A. Boone
　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge